# Order

Michigan Supreme Court
Lansing, Michigan

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141932(71)(72)(74)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME WALTER KOWALSKI,
      Defendant-Appellant.

_____

SC: 141932
COA: 294054
Livingston CC: 08-017643-FC

      On order of the Chief Justice, the motion for temporary admission to practice of David W. Ogden is considered and it is granted. The motion by the Innocence Network for leave to file a brief *amicus curiae* is granted. The motion by plaintiff-appellee for extension to August 12, 2011 of the time for filing their brief on appeal is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk